APRIL 25, 2005

No. 04–1263.  BOYD *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari granted, judgment vacated, and case remanded for further

consideration in light of *United States* v. *Booker*, 543 U. S. 220 (2005). ▮